JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MOHSEN LOGHMANI, <br><br> Plaintiff, <br><br> v. <br><br> TESSIE CLEVELAND COMMUNITY SERVICES CORPORATION, et al., <br><br> Defendants. | Case No. CV 14-7462 FMO (RZx) <br><br> **ORDER REMOVING CASE FROM ACTIVE CASELOAD** |

Having received notice that plaintiff / relator Mohsen Loghmani had filed a Chapter 7 bankruptcy petition, (see In re Mahshid Loghmani and Mohsen Loghmani, Case No. BK 16-12214 (C.D. Cal.) ("Bankruptcy Proceeding"),[1] and in light of the automatic stay provided in 11 U.S.C. § 362, IT IS ORDERED that:

1. All pending motions are **denied without prejudice**

2. This action shall be removed from this court's active caseload until further application by the parties or order of the court. The court retains full jurisdiction over this action and this Order shall not prejudice any party in the action.

---

[1] The court is troubled by the fact that Loghmani filed for bankruptcy on August 1, 2016, but apparently did not disclose his contingent interest in this case until recently. (See Bankruptcy Proceeding, Dkt. 34, Withdrawal of Chapter 7 Trustee's Report of No Distribution in a Chapter 7 No-Asset Case) (statement from Chapter 7 Trustee that he is investigating this "undisclosed qui tam plaintiffs' action").

3. Counsel shall file a joint status report with the court 120 days from the filing date of this Oder and every 120 days thereafter until completion of the bankruptcy proceedings.

Dated this 26th day of June, 2017.

/s/
Fernando M. Olguin
United States District Judge